UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRENDAN MUNRO THOMPSON,<br>Defendant. | Case No. 25-mj-71288-MAG-1 (PCP)<br><br>**ORDER TO RESPOND TO MOTION TO STAY RELEASE ORDER**<br>Re: Dkt. No. 18 |

The government moves the Court for a stay of the Magistrate Judge's order releasing defendant pending trial in this matter. The government requests that any stay remain in effect until a final resolution of the government's appeal of the release order. The Court grants a limited stay of the Magistrate Judge's order and orders defendant to respond to the government's motion by no later than 12:00 p.m. on Friday, November 21, 2025. Absent further order of the Court, the stay provided by this Order shall expire at 4:00 p.m. on Friday, November 21, 2025.

**IT IS SO ORDERED.**

Dated: November 20, 2025

P. Casey Pitts
United States District Judge