UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-mj-71288-MAG-1 (PCP) |
|---|---|
| Plaintiff, | |
| v. | **ORDER VACATING STAY** |
| BRENDAN MUNRO THOMPSON, | Re: Dkt. No. 19 |
| Defendant. | |

On November 20, 2025, the government moved for a stay of the Magistrate Judge's order releasing defendant Brendan Munro Thompson pending trial in this matter. *See* Dkt. No. 18. The Court ordered defendant to respond to the government's motion and in the interim issued a temporary stay, set to expire at 4:00pm on November 21, 2025. *See* Dkt. No. 19. Having reviewed defendant's response, Dkt. No. 20, the Court concludes that a stay is not warranted. *See United States v. Brugnoli-Baskin*, No. 2:22-MJ-00499, 2022 WL 14664742, at *1 (W.D. Wash. Oct. 24, 2022) (granting motion to reconsider stay of a release order where the magistrate judge had "appropriately tailored" the conditions of release "to avoid risk to the community while the Court considers the Government's appeal" and where defendant had been "released from custody"). The Court's order temporarily staying the Magistrate Judge's release order is therefore VACATED.

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
P. Casey Pitts
United States District Judge